# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 7, 2026

_____

DOCKET CORRECTION NOTICE

_____

No. 26-1398,    <u>In re: David Stebbins</u>
           2:24-cv-00140

TO:    David A. Stebbins

CERTIFICATE DUE:  April 17, 2026

Under Federal Rule of Appellate Procedure 21(a)(1), you must:

[x] **serve** your petition for writ of mandamus on all parties to the action in the trial court.

[x] **provide a copy** of your petition for writ of mandamus to the trial court judge.

Please complete the required tasks as indicated above and file the attached certificate of service with the court of appeals by the due date shown.

C. Halupa, Deputy Clerk
804-916-2702

## CERTIFICATE OF SERVICE

No. 26-1398,   In re: David Stebbins
              2:24-cv-00140

I certify that my petition for writ of mandamus / prohibition was served as follows:

(provide date of service) _____

(select manner of service) [   ] by mail; [   ] by commercial carrier; [   ] in person

(provide name(s) and address(es) of parties served and/or trial court judge to whom a copy was provided pursuant to Federal Rule of Appellate Procedure 21(a)(1)):

_____

_____

_____

_____

_____

_____

_____

_____          _____
Signature                                 Date