UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT

|  |  |  |
|---|---|---|
| | ) | |
| | ) | |
| in re DAVID STEBBINS, Petitioner | ) | Case 26-1398 |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following

Certificate of Service in the above-styled action.

1.      On April 7, 2026, I sent copies of the Petition for Writ of Mandamus to the US District

Judge and Defense Counsel by emailing them to thomas_johnston@wvsd.uscourts.gov and

MatthewDHardin@protonmail.com, respectively.

So certified on this, the 7th day of April, 2026.

/s/ David Stebbins
David Stebbins (pro se)
123 W. Ridge Ave.,
APT D
Harrison, AR 72601
(870) 212-4947
acerthorn@yahoo.com