**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 21, 2026

_____

RESPONSE REQUESTED

_____

No. 26-1398,    In re: David Stebbins
            2:24-cv-00140

TO:    David A. Stebbins

RESPONSE DUE: 05/01/2026

Response is required to the motion to reconsider on or before 05/01/2026.

C. Halupa, Deputy Clerk
804-916-2702