**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**

*In re*:

DAVID STEBBINS,

Petitioner.

4th Cir. Case No. 26-1398

S.D. W.Va. Case No. 2:24-cv-140

**JOSHUA MOON AND LOLCOW LLC'S**
**REPLY IN SUPPORT OF MOTION TO RECONSIDER**
**PURSUANT TO LOCAL RULE 27 (b)**

NOW COME Joshua Moon and Lolcow, LLC, defendants below, by counsel, and submit this Reply in further support of their Motion to Reconsider the clerk's order granting David Stebbins *in forma pauperis* status. On Reply, Mr. Moon and Lolcow, LLC state as follows:

1. Mr. Stebbins states that one of the two federal courts that have declared him a vexatious litigant has had its order appealed, such that Stebbins may only be a once-declared vexatious litigant rather than a twice-declared vexatious litigant. Opposition at ¶ 3. Even putting to one side the legal issue as to whether Mr. Stebbins' appeal, standing alone and in the absence of any stay or appellate reversal, operates to nullify the underlying judgment of a sister federal court, there's a factual issue with Mr. Stebbins' claim: he has also been treated as a vexatious litigant in Boone County, Arkansas, where the state court prohibited him from filing future actions without being represented by counsel. Exhibit 1 at 5. Mr. Stebbins curiously omits

his Arkansas state court filing restrictions when he insists that he has only once been declared vexatious by a federal court once in an order that has not been appealed.

2. Mr. Stebbins admits even in his opposition that he engaged in *ex parte* contact with the District Court below. Opposition at ¶ 5. Mr. Stebbins nevertheless attempts to justify such contacts, even in the face of the Magistrate's very thorough explanation in the Report and Recommendation below of how Mr. Stebbins' behavior was inappropriate, and how denying *in forma pauperis* status was appropriate under the circumstances. Joshua Moon and Lolcow LLC respectfully submit that Mr. Stebbins' admitted *ex parte* contacts and lack of respect for the judicial system is further evidence of why *in forma pauperis* status should be denied in this Court's sound exercise of its own discretion.[1]

WHEREFORE, this Court should deny Mr. Stebbins leave to proceed *in forma pauperis*, and should require payment of the applicable filing fee if this mandamus action is to proceed.

Respectfully submitted this the 23rd day of April 2026,

JOSHUA MOON
LOLCOW LLC

---

[1] The underlying *ex parte* contacts and complaints may also explain any delay in the District Court, which faces the unenviable task of juggling an active docket while also responding to Mr. Stebbins' repeated contacts and complaints.

**By Counsel:**

/s/Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com


## CERTIFICATE OF SERVICE

I hereby certify that I will file a true and correct copy of the foregoing

document with the Court's CM/ECF system, which will electronically serve

counsel of record. I have also deposited a true and correct copy of the foregoing

document into the U.S. Mail, with First Class postage prepaid, directed to:

David Stebbins
Apartment D
123 West Ridge Avenue
Harrison, AR 72601

I have also sent an electronic courtesy copy to the petitioner via email addressed

to: acerthorn@yahoo.com


Dated: April 23, 2026

/s/Matthew D. Hardin
Matthew D. Hardin
*Counsel for Joshua Moon and Lolcow, LLC*

## <u>Certificate of Compliance</u>

I hereby certify, pursuant to Fed. R. App. P. 27(d)(2), that this Motion complies with the type volume limitation. It is, exclusive of the items listed in Fed. R. App. P. 32(f), 381 words in length. I have relied upon Microsoft Word's word count tool to establish that count.

Dated: April 23, 2026

<u>/s/Matthew D. Hardin</u>
Matthew D. Hardin
*Counsel for Joshua Moon and Lolcow, LLC*