# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

*In re*:

DAVID STEBBINS,

Petitioner.

4th Cir. Case No. 26-1398

S.D. W.Va. Case No. 2:24-cv-140

## JOSHUA MOON AND LOLCOW LLC'S
## MOTION TO DISMISS AS MOOT

NOW COME Joshua Moon and Lolcow, LLC, defendants below, by counsel, and move that this action be dismissed as moot. In support of this Motion, Mr. Moon and Lolcow, LLC state as follows:

1.  Mr. Stebbins filed the instant Petition for a Writ of Mandamus alleging that the District Court had not ruled on a recommendation from the magistrate judge. *See generally* Petition, Dkt. No. 2.

2.  The District Court later ruled on the relevant issue. Exhibit A. As a result, Mr. Stebbins' petition is moot.

WHEREFORE, this Court should dismiss the Petition as Moot.

Respectfully submitted this the 29th  day of April 2026,

JOSHUA MOON
LOLCOW LLC

**By Counsel:**

/s/Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I will file a true and correct copy of the foregoing

document with the Court's CM/ECF system, which will electronically serve the

Petitioner. I have also sent an electronic courtesy copy to the petitioner via email

addressed to: acerthorn@yahoo.com

Dated: April 29, 2026

/s/Matthew D. Hardin
Matthew D. Hardin
*Counsel for Joshua Moon and Lolcow, LLC*

## **Certificate of Compliance**

I hereby certify, pursuant to Fed. R. App. P. 27(d)(2), that this Motion complies with the type volume limitation. It is, exclusive of the items listed in Fed. R. App. P. 32(f), 95 words in length. I have relied upon Microsoft Word's word count tool to establish that count.

Dated: April 29, 2026

/s/Matthew D. Hardin
Matthew D. Hardin
*Counsel for Joshua Moon and Lolcow, LLC*