## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

*In re*:

DAVID STEBBINS,

Petitioner.

4th Cir. Case No. 26-1398

S.D. W.Va. Case No. 2:24-cv-140

## JOSHUA MOON AND LOLCOW LLC'S
## OPPOSITION TO MOTION TO STRIKE

NOW COME Joshua Moon and Lolcow, LLC, defendants below, by counsel, and Oppose Petitioner David Stebbins' Motion to Strike. Dkt. No. 14. In Opposition, Mr. Moon and Lolcow LLC state as follows:

1. To the extent that Mr. Stebbins' entire Petition must be dismissed as moot, as requested at Dkt. No. 15, Mr. Stebbins' Motion to Strike is also moot. It should be denied on that basis.

2. To the extent that the Court wishes to engage with the merits of Mr. Stebbins' arguments in the Motion to Strike, they are incorrect or at a minimum Mr. Stebbins requests the wrong remedy. In the underlying briefing, Mr. Stebbins denied being a twice-declared vexatious litigant. Dkt. No. 12 at ¶ 3. On Reply, Mr. Moon and Lolcow LLC properly stated that Mr. Stebbins is indeed a twice-declared vexatious litigant, despite his protestations to the contrary and even giving Mr. Stebbins the benefit of the doubt as to one ostensibly non-final adjudication. Dkt. No. 13 at ¶ 1.

3. Respondents did not submit new evidence submitted for the first time on Reply. Instead, they rebutted Mr. Stebbins' inaccurate or misleading omissions in his Opposition brief. Dkt. No. 12 at ¶ 3. But even if Mr. Stebbins were correct, *arguendo*, that the respondents had exceeded the proper scope of a Reply, the proper remedy would be for Mr. Stebbins to seek leave for a sur-reply. *De Simone v. VSL Pharm., Inc.*, 36 F.4th 518, 532 (4th Cir. 2022). Mr. Stebbins appears to have made a strategic decision not to seek leave to file a sur-reply because he prefers the harsher remedy of striking respondents' filings – and also because Mr. Stebbins prefers for this Court not to view evidence suggesting that he is a twice-declared vexatious litigant even if one gives him the benefit of the doubt and excludes a particular California matter from the count.

WHEREFORE, this Court should deny Mr. Stebbins' Motion to Strike.

Respectfully submitted this the 30th  day of April 2026,

JOSHUA MOON
LOLCOW LLC

**By Counsel:**

/s/Matthew D. Hardin
Matthew D. Hardin, VSB #87482
Hardin Law Office
101 Rainbow Drive #11506
Livingston, TX 77399
Phone: 202-802-1948
Email: MatthewDHardin@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that I will file a true and correct copy of the foregoing document with the Court's CM/ECF system, which will electronically serve the Petitioner. I have also sent an electronic courtesy copy to the petitioner via email addressed to: acerthorn@yahoo.com

Dated: April 30, 2026

/s/Matthew D. Hardin
Matthew D. Hardin
*Counsel for Joshua Moon and Lolcow, LLC*


## Certificate of Compliance

I hereby certify, pursuant to Fed. R. App. P. 27(d)(2), that this Motion complies with the type volume limitation. It is, exclusive of the items listed in Fed. R. App. P. 32(f), 322 words in length. I have relied upon Microsoft Word's word count tool to establish that count.

Dated: April 30, 2026

/s/Matthew D. Hardin
Matthew D. Hardin
*Counsel for Joshua Moon and Lolcow, LLC*