USCA4 Appeal: 26-1398  Doc: 19-1  Filed: 05/27/2026  Pg: 1 of 1  Total Pages:(1 of 1)

FILED: May 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1398
(2:24-cv-00140)

_____

In re: DAVID STEBBINS

    Petitioner

_____

J U D G M E N T

_____

In accordance with the decision of this court, the petition for writ of mandamus is denied.

/s/ NWAMAKA ANOWI, CLERK