FILED:  July 16, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1398
(2:24-cv-00140)

_____

In re: DAVID STEBBINS

Petitioner

_____

O R D E R

_____

The court denies the bill of costs filed in this case. Each party shall bear their

own costs.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk